**MAGISTRATE JUDGE STROMBOM**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                             ) | NO. CR05-5716 |
|            Plaintiff,    ) | |
|                             ) | AGREED ORDER |
|     vs.                                     ) | EXTENDING DEADLINE |
|                             ) | FOR FILING PRETRIAL MOTIONS |
| JUDY L. SEEGERS,                       ) | |
|                             ) | |
|            Defendant.    ) | |
| _____) | |

      THIS MATTER having come on before the Court on the agreed motion of the Defendant, JUDY L. SEEGERS, and the United States of America for an order extending the deadline for filing pretrial motions; the Court finding that this case is scheduled for trial on January 23, 2005, and that the current deadline for filing Defendant's pretrial motions is December 7, 2005; the Court finding that good cause exists to extend the pretrial motion deadline; and the Court further finding that such an extension is agreed to by the government; it is therefore

      ORDERED that the Defendant's motion to extend the deadline for filing pretrial motions herein is GRANTED; and, it is further

**AGREED ORDER EXTENDING DEADLINE**
**FOR FILING PRETRIAL MOTIONS - 1**

ORDERED that the new deadline for filing the Defendant's pretrial motions shall be the 28th day of December, 2005.

DONE IN OPEN COURT this 6th of December, 2005.

                                          Karen L. Strombom
                                          United States Magistrate Judge

Presented by:

WILLIAM R. MICHELMAN, INC., P.S.

s/William R. Michelman
_____
William R. Michelman, WSBA #6803
Attorney for Defendant


Approved for Entry:

UNITED STATES OF AMERICA

**Reviewed and approved on 12/05/05**
_____
By: Cpt. Ken Tyndal
Assistant U. S. Attorney
Attorney for Plaintiff

**AGREED ORDER EXTENDING DEADLINE
FOR FILING PRETRIAL MOTIONS - 2**